

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2019

No. 04-19-00595-CV

Rudolph **RESENDEZ**, Jr.,
Appellant

v.

The **STATE** of Texas, et al.,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

## O R D E R

The clerk's record in this appeal has been filed. The clerk's record shows appellant is appealing from a trial court cause number 15-10-00236-CVK. This court dismissed appellant's previous appeal from this cause number, because the record does not contain a final appealable judgment and this court accordingly lacked appellate jurisdiction.

The clerk's record in this appeal does not contain a final appealable judgment. In order for this court to have jurisdiction, an appealable judgment must be written and signed by the trial court. *In re M.R.G.*, No. 04-17-00623-CV, 2017 WL 4938422, at *1 (Tex. App.—San Antonio Nov. 1, 2017, no pet.) (mem. op.). It therefore appears to the court that the order or judgment appellant desires to appeal is not appealable.

We **ORDER** appellant to show cause in writing to this court within 10 days of this order why this appeal should not be dismissed for lack of jurisdiction. If a supplemental clerk's record is required to demonstrate our jurisdiction, appellant must (a) ask the trial court clerk to prepare the record, and (b) notify this court that such a request was made. We further order the appellate deadlines suspended until further order of this court. If appellant fails to file a satisfactory response by the date ordered, the appeal will be dismissed.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of September, 2019.



_____

Keith E. Hottle,
Clerk of Court